

**LAW OFFICES**

**USCHER**
**QUIAT**
**USCHER &**
**RUSSO**

A PROFESSIONAL CORPORATION

CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, NJ 07601
(201) 342-7100
FAX (201) 342-1610
uqur@uqur.com

ARTHUR USCHER
MICHAEL E. QUIAT*
JOSEPH A. RUSSO*

Of Counsel
PATRICK X. AMORESANO*
BRIAN V. FINNERAN*

NEW YORK OFFICE
355 LEXINGTON AVENUE
10TH FLOOR
NEW YORK, NY 10017
(212) 856-1214
FAX: (212) 983-0772

*CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
*ADMITTED TO NY & NJ BARS

WILLIAM USCHER
(1969-2003)

November 15, 2007

<u>*Via Regular Mail & Fax 212-805-7924*</u>

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Edward A. Friedman vs. Prudential Insurance Company*
    Civil Action No. 07cv9620-SHS-AJP
    Our File No. 4342.01

Dear Judge Stein:

This firm represents the Plaintiff in the above referenced matter.

I am in receipt of an Order for Initial Pretrial Conference dated November 5, 2007 from Your Honor, scheduling this matter for an initial case management conference on December 14, 2007.

At the current time, there has been no appearance filed on behalf of the Defendant, so I am unable to advise counsel as to this scheduled conference.

In addition, pursuant to previous arrangements, I am scheduled to be in Florida on December 14, 2007.

In view of the above, I respectfully ask Your Honor to reschedule this matter until after the Defendant has made an appearance and I can communicate with counsel.

*The conference is adjourned to 1/18/08, at 11:00 a.m.*
**SO ORDERED** 11/16/07

_____
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation

_____
MICHAEL E. QUIAT

MEQ:ln
cc: Edward A. Friedman
G:\Disability\Friedman\Judge Stein 11-15-07.doc