United States District Court
Southern District of New York

---

Edward A. Friedman,

                                          Plaintiff,        **AFFIDAVIT OF SERVICE**

  -against-                                                   Case # 07 CV 9620

Prudential Insurance Company of America,

                                                              ECF CASE
                                    Defendant.      Civil Action No. 07cv9620-SHS-AJP

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

Frank J. Panucci being duly sworn says: Deponent is over the age of eighteen years, is a resident of New York State and is not a party in this action. Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Cover Sheet, and Complaint. The defendant which was served was **PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

On the 30th day of November, 2007 at approx. 11:30 a.m., at the office of the Superintendent of Insurance of the State of New York, at the office of the Superintendent of Insurance at 1 Commerce Plaza, 20th Floor, Albany, New York, one copy of the aforesaid papers were served by personally delivering to and leaving with Patrick Harrigan, Attorney and known to me to be empowered to receive such service. That at the time of making such service a fee of $40.00 prescribed by law was paid to the Superintendent of Insurance of the State of New York.

Patrick Harrigan - Attorney
white male, 6' tall, 165 lbs., 60 yrs., red hair

                                                                     Frank J. Panucci

Sworn to before me
this 30th day of November 2007.

PAULA J. COLE
Notary Public, State of New York
Qualified in Albany County
No. 01CO9042570
Commission Expires September 30, 2010