UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD A. FRIEDMAN,<br><br>        Plaintiff,<br>v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>        Defendant. | Case No.: 07-CIV-9620 |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Respectfully submitted,

s/Mark D. Knoll

MORGAN, LEWIS & BOCKIUS LLP
   Mark D. Knoll(MK5343)
   101 Park Avenue
   New York, NY  10178-0060
   (212) 309-6000
   (212) 309-6273 (fax)
*Counsel for Defendant, The Prudential Insurance Company of America*

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies on January 18, 2008, the foregoing Defendant's Rule 7.1 Corporate Disclosure was filed with the clerk using the Court's CM/ECF System.

    I hereby certify that on January 18, 2008, a true and correct copy of the foregoing Disclosure was served via first class mail on the counsel for Plaintiff at the address below:

        Michael E. Quiat
        Uscher, Quiat, Uscher & Russo
        433 Hackensack Ave., 2nd Floor
        Hackensack, NJ 07601

        s/Mark D. Knoll
        *One of Counsel for Defendant*