```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```

| | | |
|---|---|---|
| EDWARD A. FRIEDMAN, | : | 07 Civ. 9620 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | | |

```
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendant,

IT IS HEREBY ORDERED that:

1. The next pretrial conference is scheduled for January 25, 2008, at 11:00 a.m.; and

2. The conference may be held telephonically. Counsel shall phone 212-805-0087 at 11:00 a.m. on January 25, 2008.

Dated: New York, New York
       January 18, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.