```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EDWARD A. FRIEDMAN,                              :       07 Civ. 9620 (SHS)

                Plaintiff,                    :

      -against-                                    :       <u>ORDER</u>

PRUDENTIAL INSURANCE COMPANY OF      :
AMERICA,
                                                                        :

                Defendant.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties participating by telephone,

        IT IS HEREBY ORDERED that:

        1.    The last day for completion of discovery is February 29, 2008;

        2.    Cross motions for summary judgment are due on or before April 15, 2008;

        3.    Responses to the summary judgment motions are due on or before May 6, 2008;

        4.    Replies to the summary judgment motions are due on or before May 13, 2008; and

        5.    If no motions are made the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       January 25, 2008

                                                             SO ORDERED:

                                                             Sidney H. Stein, U.S.D.J.