UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08
```

---

EDWARD A. FRIEDMAN,

Plaintiff,

vs.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

Civil Action No.:07-CIV-9620

---

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is
granted. The admitted attorney, Jeremy P. Blumenfeld, is permitted to argue or try this particular
case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney
admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When
paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms the appearance of Jeremy P. Blumenfeld as counsel in this case, and
it will be entered on the Court's docket. A notation of counsel's admission *pro hac vice* for the
above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in
this case.

Honorable Sidney H. Stein, U.S.D.J.
United States District Court for the Southern
District of New York
2/5/08