

LAW OFFICES
**USCHER QUIAT USCHER & RUSSO**
A PROFESSIONAL CORPORATION

CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, NJ 07601
(201) 342-7100
FAX (201) 342-1810
uqur@uqur.com

ARTHUR USCHER
MICHAEL E. QUIAT*
JOSEPH A. RUSSO*
Of Counsel
ETHAN V. FINNERAN*

NEW YORK OFFICE
355 LEXINGTON AVENUE
10TH FLOOR
NEW YORK, NY 10017
(212) 656-1214
FAX: (212) 983-0772

*ADMITTED TO NY & NJ BARS

WILLIAM USCHER
(1969-2003)

April 8, 2008

**MEMO ENDORSED**

Via Fax Only 212-805-7924

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Edward A. Friedman vs. Prudential Insurance Company*
    *Civil Action No. 07cv9620-SHS-AJP*
    *Our File No. 4342.01*

Dear Judge Stein:

This firm represents the Plaintiff Edward Friedman in the above referenced matter.

As per Your Honor's Order, Motions for Summary Judgment are due on April 15, 2008. We respectfully request permission to submit to chambers the hard copy of the complete Administrative Record, Bates Stamped P0001 through P1999. We make this request as the 1999 pages would overburden the current capacity of the electronic filing system.

Katrina Miltich Langston, Esq., attorney for Prudential, has consented to the production and submission of this Administrative Record. A courtesy copy on CD ROM was provided to Ms. Langston pursuant to her request.

Respectfully submitted,

USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation

MICHAEL E. QUIAT

SO ORDERED 4/8/08

SIDNEY H. STEIN
U.S.D.J.

MEQ:ln
cc: Edward A. Friedman
G:\Disability\Friedman\Judge Stein 4-8-08.doc