

LAW OFFICES
**USCHER
QUIAT
USCHER &
RUSSO**
A PROFESSIONAL CORPORATION

CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, NJ 07601
(201) 342-7100
FAX (201) 342-1610
uqur@uqur.com

ARTHUR USCHER
MICHAEL E. QUIAT*
JOSEPH A. RUSSO*

Of Counsel
ETHAN V. FINNERAN*

NEW YORK OFFICE
355 LEXINGTON AVENUE
10TH FLOOR
NEW YORK, NY 10017
(212) 856-1214
FAX: (212) 983-0772

*ADMITTED TO NY & NJ BARS

WILLIAM USCHER
(1959-2003)

April 14, 2008

*Via Fax Only 212-805-7924*

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

Re: *Edward A. Friedman vs. Prudential Insurance Company*
 *Civil Action No. 07cv9620-SHS-AJP*
 *Our File No. 4342.01*

Dear Judge Stein:

This firm represents Plaintiff Edward Friedman in the above referenced matter. Currently, Plaintiff and the Defendants are scheduled to file Cross Motions for Summary Judgment tomorrow.

Despite Plaintiff's best efforts, we have not been able to reduce the length of our memorandum of law to 25 pages, as per the Court's individual practices at Section 2C. It is Plaintiff's sincere belief that doing so in this case would materially impact the completeness of its presentation. Consequently, Plaintiff respectfully requests that the Court relax this limitation and permit the filing of a memorandum of law in excess of 25 pages, to wit 31 pages.

Your Honor's consideration of this request is greatly appreciated by Plaintiff and council.

Respectfully submitted,

USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation

MICHAEL E. QUIAT

MEQ:ln
cc: Edward A. Friedman
 Jeremy Blumenfeld, Esq., Via Fax Only 215-963-5001
 Katrina Miltich Langston, Esq. Via Fax Only 215-963-5001
G:\Disability\Friedman\Judge Stein 4-14-08.doc

SO ORDERED 4/14/08

SIDNEY H. STEIN
U.S.D.J.