UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDWARD A. FRIEDMAN,                   :

       Plaintiff,                   :   INDEX NO. 07-CV-9620 (SHS)

 -against-                           :   **NOTICE OF APPEARANCE**

PRUDENTIAL INSURANCE COMPANY OF       :
AMERICA,

       Defendant.                   :
------------------------------------- X

**PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, hereby adds the undersigned as counsel of record in this mattter.

| | |
|---|---|
| Dated: Philadelphia, Pennsylvania.<br>April 15, 2008 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>215.963.5000<br><br><br>By:s/Seth Ptasiewicz_____<br>    Seth Ptasiewicz<br>    Attorneys for Defendant<br>    Prudential Insurance Company of America |