USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
201-342-7100
**Attorneys for Plaintiff**
**Edward A. Friedman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD A. FRIEDMAN, | Civil Action No. 07cv9620-SHS-AJP |
| Plaintiff, | |
| | ECF CASE |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | CERTIFICATION OF SERVICE |
| Defendant. | |

I, Michael E. Quiat, certify that on April 15, 2008, I caused the within Notice of Motion, Local Rule 56.1 Statement of Uncontested Facts, Affidavit of Michael E. Quiat, and Memorandum of Law in support of Motion, and proposed form of Order to be electronically filed with the United States District Court, Southern District of New York, U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and I further caused a copy to be delivered via regular mail upon:

Jeremy Blumenfeld, Esq.
Katrina Miltich Langston, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone 215-963-5000

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        USCHER, QUIAT, USCHER & RUSSO
                                        A Professional Corporation
                                        433 Hackensack Avenue, 2nd Floor
                                        Hackensack, NJ 07601
                                        201-342-7100

Dated: April 15, 2008        By:    /s/ Michael E. Quiat
                                          MICHAEL E. QUIAT (MEQ-8238)
                                          **Attorneys for Plaintiff**
                                          **Edward A. Friedman**

G:\Disability\Friedman\Summary Judgment\Certification of Service.doc