UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD A. FRIEDMAN,<br><br>      Plaintiff,<br><br>      vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Civil Action No.:07-CIV-9620(SHS)<br><br>**NOTICE OF MOTION FOR**<br>**SUMMARY JUDGMENT** |

      **PLEASE TAKE NOTICE THAT** Defendant Prudential Insurance Company of America, by and through its attorneys, Morgan, Lewis & Bockius, LLP (Jeremy P. Blumenfeld, Of Counsel) shall move before the Honorable Sidney H. Stein, U.S.D.J., on a date and time to be set by the Court as the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of Defendant and dismissing the Complaint of Plaintiff, Edward A. Friedman, with prejudice.

      In support of this Motion, Defendant shall reply upon the annexed Statement of Undisputed Facts and Brief in Support of the Motion. A proposed form of Order is attached.

      ORAL ARGUMENT IS REQUESTED.

                                    MORGAN, LEWIS & BOCKIUS LLP
                                    Attorneys for Defendant

Dated: Philadelphia, Pennsylvania
       April 15, 2008                   By: /s/ Jeremy P. Blumenfeld
                                         Jeremy P. Blumenfeld, Esq.