UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD A. FRIEDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Civil Action No.:07-CIV-9620(SHS)<br><br>**ORDER ON MOTION FOR**<br>**SUMMARY JUDGMENT** |

    THIS MATTER having been opened to the Court by Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, by way of Motion for Summary Judgment, and the Court having heard arguments of counsel and having considered the submissions filed on behalf of Defendant Prudential Insurance Company of America and Plaintiff Edward A. Friedman, and good cause having been shown,

    IT IS HEREBY ORDERED ON THIS _____ DAY OF _____, 2008 AS FOLLOWS:

1-PH/2893023.1

1. Defendant, The Prudential Insurance Company of America's Motion for Summary Judgment is granted in its entirety and Plaintiff, Edward A. Friedman's Complaint is hereby dismissed with prejudice.

_____
HONORABLE SIDNEY H. STEIN, U.S.D.J.