## CERTIFICATION OF SERVICE

I Seth Ptasiewicz certify as follows:

I am an associate with the law firm of Morgan, Lewis & Bockius, LLP, attorneys for Defendant in the within matter. I certify that a true and correct copy of the within Notice of Motion and supporting papers were served via electronic filing and first class mail on behalf of the herein named Defendant upon:

>Michael E. Quiat, Esq.
>Uscher, Quiat, Uscher & Russo
>433 Hackensack Ave., 2nd Floor
>Hackensack, NJ 07601

I further certify that the within Motion was electronically filed this day with the:

>Clerk of the United States District Court
>Southern District of New York
>United States Courthouse
>100 Pearl Street
>New York, New York 10007

>/s/ Seth Ptasiewicz
>Seth Ptasiewicz

Dated: Philadelphia, Pennsylvania
April 15, 2008