USCHER, QUIAT, USCHER & RUSSO  
A Professional Corporation  
433 Hackensack Avenue, 2nd Floor  
Hackensack, NJ 07601  
201-342-7100  
**Attorneys for Plaintiff**  
**Edward A. Friedman**

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD A. FRIEDMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>      Defendant. | Civil Action No. 07cv9620-SHS-AJP<br><br>ECF CASE<br><br>CERTIFICATION<br>OF<br>SERVICE |

I, Michael E. Quiat, certify that on May 9, 2008, I caused the within Memorandum of Law in Opposition to Defendant's Cross Motion for Summary Judgment to be electronically filed with the United States District Court, Southern District of New York, U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and I further caused a copy to be delivered via regular mail upon:

Seth Ptasiewicz, Esq.  
Morgan, Lewis & Bockius, LLP  
1701 Market Street  
Philadelphia, PA 19103-2921  
Phone 215-963-5000

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
201-342-7100

Dated: May 9, 2008        By:    /s/ Michael E. Quiat
MICHAEL E. QUIAT (MEQ-8238)
**Attorneys for Plaintiff**
**Edward A. Friedman**

G:\Disability\Friedman\SJ Response\Certification of Service.doc

2