## SCHEDULE A

| | *PLAINTIFF'S UNCONTESTED FACTS* | *DEFENDANT'S INADEQUATE RESPONSE* |
|---|---|---|
| 17. | Plaintiff worked between 75-80 hours per week at Newmark. (AR P00588) | Fact disputed without a good faith basis. No cited support in the AR. |
| 31. | Plaintiff was required to travel frequently. (AR P00590) | Fact disputed without a good faith basis. No cited support in the AR. |
| 39. | Plaintiff averaged 13-16 hour per day working. (AR P00695) | Fact disputed without a good faith basis. No cited support in the AR. |
| 40. | Plaintiff was in the office at 7:00 a.m.-8:00 p.m. (AR P00695) | Fact disputed without a good faith basis. No cited support in the AR. |
| 41. | Daily, Plaintiff initiated/responded to 50-60 phone calls & 175-200 emails. (AR P00695) | Fact disputed without a good faith basis. No cited support in the AR. |
| 42. | Daily, Plaintiff reviewed financially complex commercial real estate contracts.(AR P00696) | Fact disputed without a good faith basis. No cited support in the AR. |
| 43. | In 2002 Plaintiff began to experience new physical symptoms. (AR P00591) | Fact disputed without a good faith basis. No cited support in the AR. |
| 44. | Plaintiff became weak and unstable on his feet, unable to walk at his regular pace or up/down inclines without taking rests. (AR P00591) | Fact disputed without a good faith basis. No cited support in the AR. |
| 45. | Plaintiff's heart rate became erratic - racing and then precipitously dropping. (AR P00591) | Fact disputed without a good faith basis. No cited support in the AR. |
| 46. | Plaintiff's primary care physician ordered stress test – confirmed arrhythmia/irregular heart rates. (AR P00591, AR P00601, AR P00614, AR P00615) | Fact disputed without a good faith basis. No cited support in the AR. |
| 47. | Plaintiff's electrophysiology tests and Tilt-Table Test confirmed Plaintiff had Near-Syncope, associated Hypotension and Inappropriate Sinus Tachycardia – caused by autonomic dysfunction and that Plaintiff was not a candidate for ablation. (AR P00614 – AR P0616) | Fact disputed without a good faith basis. No cited support in the AR. |
| 54. | Toprol-XL's side effects caused Plaintiff lightheadedness, dizziness, shortness of breath with minimal exertion, and extreme fatigue. (AR P00603, AR P00615, AR P00616) | Fact disputed without a good faith basis. No cited support in the AR. |
| 55. | Daily, Plaintiff ingests 350 mg of Toprol-XL – a likely cause of the disabling symptoms in #54. (AR P00603, AR P00615, AR P00616) | Fact disputed without a good faith basis. No cited support in the AR. |
| 57. | Toprol-XL medication has profoundly impacted Plaintiff's ability to work. (AR P00591, AR P00592, AR P00602, AR P00616) | Fact disputed without a good faith basis. No cited support in the AR. |
| 58. | Plaintff must continue to ingest massive doses of Toprol-XL each day to survive. (AR P00603) | Fact disputed without a good faith basis. No cited support in the AR. |
| 59. | Toprol-XL's side effects alone are sufficient to disable Plaintiff. (AR P0060, AR P00603, AR P00615, AR P00616) | Fact disputed without a good faith basis. No cited support in the AR. |
| 64. | There is no known cure for dysautonomia. (AR P00598, AR P00602) | Fact disputed without a good faith basis. No cited support in the AR. |

| | | |
|---|---|---|
| 66. | A walk through an airport concourse with his luggage poses severe challenges to Plaintiff. (AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 67. | At any moment, Plaintiff's syncope could cause him to fall; a much-increased risk of physical injury/harm. (AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 68. | Purposeful walking alone causes Plaintiff's heart rate to increase to an unsafe range. (AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 69. | Plaintiff is unable to travel on behalf of his company, as his job required. (AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 70. | Plaintiff's symptoms strike without warning. (AR P00592, AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 71. | Plaintiff cannot prevent symptomatic episodes. (AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 72. | Dysautonomia and ingestion of Toprol-XL daily, forced Plaintiff to eliminate many physical activities because they resulted in either rapid-fire heart rate episodes, or because of extreme fatigue. (AR P00599) | Fact disputed without a good faith basis. No cited support in the AR. |
| 73. | By the end of 2005, Plaintiff stopped his sports activities. (AR P00592) | Fact disputed without a good faith basis. No cited support in the AR. |
| 74. | Plaintiff suffers from uncontrolled diarrhea. (AR P00592) | Fact disputed without a good faith basis. No cited support in the AR. |
| 75. | Plaintiff arranged for dinner meetings at restaurants near his office so that he could obtain his choice table near the men's room. (AR P00592) | Fact disputed without a good faith basis. No cited support in the AR. |
| 76. | Plaintiff kept extra pairs of underwear and pants in his office to deal with unexpected and embarrassing accidents. (AR P00592) | Fact disputed without a good faith basis. No cited support in the AR. |
| 77. | Plaintiff's physical appearance deteriorated significantly in 2006. (AR P00592, AR P00593) | Fact disputed without a good faith basis. No cited support in the AR. |
| 78. | Throughout 2006, Plaintiff's fellow employees and superiors witnessed many incidents where Plaintiff experienced the varied symptoms caused by his Dysautonomia. (AR P00617 – AR P000622, AR P000625, AR P00626) | Fact disputed without a good faith basis. No cited support in the AR. |
| 79. | Symptoms witnessed by colleagues and others included Plaintiff's sickly physical appearance, flu-like symptoms, uncontrolled perspiration, and chills. (AR P00617 – AR P000622, AR P000625, AR P00626, ARP00628 – AR P00633) | Fact disputed without a good faith basis. No cited support in the AR. |
| 80. | Symptoms witnessed by colleagues and others included numerous instances of "grey outs" or near fainting (syncope), pervasive fatigue, and embarrassing incidents of uncontrolled diarrhea. (AR P00617 – AR P000622, AR P000625, AR P00626, ARP00628 – AR P00633) | Fact disputed without a good faith basis. No cited support in the AR. |
| 81. | Symptoms witnessed by colleagues and others included falling asleep and regular napping during the work day. (AR P00621, AR P00626) | Fact disputed without a good faith basis. No cited support in the AR. |

| | | |
|---|---|---|
| 87. | Dysautonomia is neurologically based. Prudential never had Plaintiff's claim evaluated by a neurologist. (AR P00987 – AR P00989, AR P00995, AR P00996, AR P00998, AR P00999, AR P01002 – AR P01011) | Fact disputed without a good faith basis. No cited support in the AR. |
| 88. | No physician reviewer for Prudential ever sought a "peer to peer" with any of Plaintiff's treating physicians. (AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746) | Fact disputed without a good faith basis. No cited support in the AR. |
| 89. | Prudential's decision to deny benefits to Plaintiff was based solely on "records reviews" by its own consultant physicians. (AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746) | Fact disputed without a good faith basis. No cited support in the AR. |
| 90. | Prudential withheld from its physician consultants all of the materials provided in the administrative appeal submitted by Plaintiff on May 31, 2007. (AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746, AR P00674 – AR P00734) | Fact disputed without a good faith basis. No cited support in the AR. |
| 91. | Prudential withheld from its physician consultants the sworn statement of Mr. Friedman himself. (AR P00587 – AR P00593, AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746) | Fact disputed without a good faith basis. No cited support in the AR. |
| 92. | Prudential withheld from its physician consultants the sworn statement of Plaintiff's treating primary care physician, Gerald S. Bahr, M.D. (AR P00601 – AR P00604, AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746) | Fact disputed without a good faith basis. No cited support in the AR. |
| 93. | Prudential withheld from its physician consultants the sworn statement of Plaintiff's treating cardiologist/electrophysiologist, Steven L. Zweibel, M.D. (AR P00614 – AR P00616, AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746) | Fact disputed without a good faith basis. No cited support in the AR. |
| 94. | Prudential withheld from its physician consultants the sworn statement of Plaintiff's treating physician Mark H. Gardenswartz, M.D., a renowned expert on Dysautonomia. (AR P00596 – AR P00600, AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746). | Fact disputed without a good faith basis. No cited support in the AR. |
| 95. | No physician consultant on behalf of Prudential has ever rebutted the sworn statements of Gerald S. Bahr, M.D., Steven L. Zweibel, M.D. or Mark H. Gardenswartz, M.D. (AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746) | Fact disputed without a good faith basis. No cited support in the AR. |
| 96. | The sworn statements of Drs. Bahr, Zweibel and Gardenswartz stand unrebutted in this case. (AR P00601 – AR P00604, AR P00614 – AR P00616, AR P00596 – AR P00600) | Fact disputed without a good faith basis. No cited support in the AR. |

| 97. | Prudential withheld from its physician consultants the sworn statements from Barry M. Gosin, Joseph I. Rader, Jessica Tierno, Elizabeth Ann Gilbert or Yee Cent Wong. (AR P00404 – AR P00409, AR P00422 – AR P00424, AR P00740 – AR P00746). | Fact disputed without a good faith basis. No cited support in the AR. |
|---|---|---|
| 98. | The sworn statements of Barry M. Gosin, Joseph I. Rader, Jessica Tierno, Elizabeth Ann Gilbert and Yee Cent Wong stand unrebutted in this case. (AR P00617 – AR P00618, AR P00619 – AR P00620, AR P00621 – AR P00623, AR P00624 – AR P00627, AR P00628 – AR P00633) | Fact disputed without a good faith basis. No cited support in the AR. |
| 99. | Prudential has not and does not contest Plaintiff's diagnosis of Dysautonomia. (AR P00596, AR P00598, AR P00600, AR P00602, AR P00616) | Fact disputed without a good faith basis. No cited support in the AR. |
| 100. | Prudential has not and does not contest that heavy doses of Toprol-XL can disable a patient. (AR P00592, AR P00593, AR P00603, AR P00704 – AR P00712) | Fact disputed without a good faith basis. No cited support in the AR. |
| 102. | In its denial letter, Prudential never addressed Toprol-XL's impact on Plaintiff's ability to perform his regular occupation. (AR P01016 – AR P01021) | Fact disputed without a good faith basis. No cited support in the AR. |
| 103. | In its denial letter, Prudential never addressed the extreme fatigue which plagues Plaintiff. (AR P01016 – AR P01021) | Fact disputed without a good faith basis. No cited support in the AR. |
| 104. | Prudential has not and does not contest the demanding requirements of Plaintiff's occupation. (AR P00009, AR P00018, AR P01016 – AR P01021, AR P00695 – AR P00696) | Fact disputed without a good faith basis. No cited support in the AR. |
| 105. | Prudential has never defined what occupational duties it contends Plaintiff can still perform. (AR P00009, AR P00018, AR P01016 – AR P01021, AR P00695 – AR P00696) | Fact disputed without a good faith basis. No cited support in the AR. |
| 106. | Prudential has never defined what occupational duties it contends Plaintiff cannot perform. (AR P00009, AR P00018, AR P01016 – AR P01021, AR P00695 – AR P00696) | Fact disputed without a good faith basis. No cited support in the AR. |
| 107. | Plaintiff's detailed job description is unrebutted in the record. (AR P00009, AR P00018, AR P00695 – AR P00696) | Fact disputed without a good faith basis. No cited support in the AR. |
| 108. | Prudential has never acknowledged, disputed, or addressed the disabling fatigue with which Plaintiff contends every day of his life. (AR P00009, AR P00010, AR P00016, AR P00587 – AR P00593, AR P00622, AR P00625, AR P00628 – AR P00633) | Fact disputed without a good faith basis. No cited support in the AR. |
| 109. | Prudential has never acknowledged, disputed or addressed the restrictions and limitations identified by Plaintiff's treating physicians. (AR P00004, AR P00016, AR P00021, AR P00596 – AR P00600, AR P00601 – AR P00604, AR P00614 – AR P00616) | Fact disputed without a good faith basis. No cited support in the AR. |