USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
201-342-7100
**Attorneys for Plaintiff**
**Edward A. Friedman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD A. FRIEDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil Action No. 07cv9620-SHS-AJP<br><br>ECF CASE<br><br>CERTIFICATION OF SERVICE |

I, Michael E. Quiat, certify that on May 16, 2008, I caused the within Memorandum of Law in Reply to Defendant's Opposition, and in Further Support of Plaintiff's Motion for Summary Judgment to be electronically filed with the United States District Court, Southern District of New York, U.S. Courthouse, 500 Pearl Street, New York, New York 10007, and I further caused a copy to be delivered via regular mail upon:

Seth Ptasiewicz, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone  215-963-5000

2

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
201-342-7100

Dated: May 16, 2008      By:    /s/ Michael E. Quiat
                                             MICHAEL E. QUIAT (MEQ-8238)
                                             **Attorneys for Plaintiff**
                                             **Edward A. Friedman**

G:\Disability\Friedman\SJ Reply\Certification of Service.doc