UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| EDWARD A. FRIEDMAN,<br><br>         Plaintiff,<br><br>-against-<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | Index No.: 07-cv-9620<br><br>**CONSENT TO CHANGE ATTORNEY** |

**IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, LLP, of 40 Fulton Street, Suite 1005, New York, NY 10038, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereto.

Dated: July 10, 2008

                THE PRUDENTIAL INSURANCE COMPANY
                OF AMERICA

                By: _____
                   Leonard A. Giusti
                Director and Corporate Counsel

July 11, 2008         D'ARCAMBAL, LEVINE & OUSLEY, LLP

                By: _____
                   Jodie L. Ousley
                   Incoming Attorneys

                MORGAN, LEWIS & BOCKIUS, LLP

July 9, 2008          By: _____
                   Seth Ptasiewicz
                   Outgoing Attorneys