AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Edward A. Friedman v. The Prudential Insurance Co. of America     Case Number: 07-cv-9620

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

| 7/15/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Jodie L. Ousley | JO5121 |
| | Print Name | Bar Number |
| | 40 Fulton Street, Suite 1005 | |
| | Address | |
| | New York / NY | 10038 |
| | City / State | Zip Code |
| | (212) 971-3175 | (212) 971-3176 |
| | Phone Number | Fax Number |