UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EDWARD A. FRIEDMAN,                  :
        Plaintiff,                      :   INDEX NO. 07-CV-9620 (SHS)
    -against-                           :   **NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**
PRUDENTIAL INSURANCE COMPANY OF      :
AMERICA,                             :
        Defendant.                      :
------------------------------------ X

      **PLEASE TAKE NOTICE THAT** Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, shall move before the Honorable Sidney H. Stein, U.S.D.J. at a date and time to be set by the Court for an Order seeking leave pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant Prudential Insurance Company of America in the above captioned matter with consent of Defendant Prudential Insurance Company of America.

      In support of this Motion, Morgan, Lewis & Bockius, LLP shall rely upon the Affidavit of Seth Ptasiewicz. A proposed form of Order is annexed hereto.

      No oral argument is requested.

Dated: Philadelphia, Pennsylvania.
July 16, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
215.963.5000


By: s/Seth Ptasiewicz
    Seth Ptasiewicz
    Attorneys for Defendant
    Prudential Insurance Company of America