UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EDWARD A. FRIEDMAN,                  :

       Plaintiff,                   : INDEX NO. 07-CV-9620 (SHS)

  -against-                         : **ORDER ON MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

PRUDENTIAL INSURANCE COMPANY OF      :
AMERICA,
                                     :
       Defendant.                   :
------------------------------------ X

       This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant Prudential Insurance Company of America in the above captioned matter; and Defendant Prudential Insurance Company of America having consented to this request and retained new counsel D'Arcambal, Levine & Ousley, LLP; and good cause having been shown;

       IT IS HEREBY ORDERED ON THIS _____ DAY OF JULY, 2008

       AS FOLLOWS.

       1.    The Motion of Morgan, Lewis & Bockius, LLP and its attorneys, Brian A. Herman, Esq., Jeremy P. Blumenfeld, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record for Defendant Prudential Insurance Company of America is hereby granted.

       SO ORDERED:

       _____
       HONORABLE SIDNEY H. STEIN, U.S.D.J.