UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
EDWARD A. FRIEDMAN,

        Plaintiff,

  -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.
--------------------------------------- X

INDEX NO. 07-CV-9620 (SHS)

**AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

STATE OF PENNSYLVANIA )

COUNTY OF PHILADELPHIA) ss.

    Seth Ptasiewicz, of full age, hereby swears under penalty of perjury as follows:

    1.    I am an associate with the law firm of Morgan, Lewis & Bockius, LLP, present counsel to Defendant Prudential Insurance Company of America ("Prudential") with reference to the above-captioned matter. I am admitted to practice before this Court.

    2.    I submit this Affidavit of support of Morgan, Lewis & Bockius, LLP's Motion pursuant to Local Civil Rule 1.4 to withdraw as counsel of record to Prudential in this litigation concerning the denial of plaintiff's claim for Long Term Disability Benefits under a group disability policy governed by the Employee Income Retirement Security Act, 29 U.S.C. §1001, *et seq*.

    3.    The request to withdraw as counsel of record to Prudential came as a result of Prudential advising this firm that it wishes to substitute as its counsel of record the law firm of D'Arcambal, Levine & Ousley, LLP as reflected in the Consent to Change Attorney Form and Notice of Appearance electronically filed on behalf of Prudential with this Court and appended

hereto as **Exhibit A and Exhibit B**, respectively.

4. No prejudice will arise as a result of this firm's withdraw as counsel of record. There are no pending deadlines in this case as the parties have filed and fully briefed cross-Motions for Summary Judgment. The law firm of D'Arcambal, Levine & Ousley, LLP has been apprised of the status of this litigation.

5. Accordingly, the law firm of Morgan, Lewis & Bockius, LLP and its attorneys of record in this case, Brian A. Herman, Esq., Jeremy P. Blumenfeld, Esq. and Seth Ptasiewicz, Esq., respectfully request that the Motion to Withdraw as Counsel be granted.

_____
Seth Ptasiewicz

Sworn to before me this
16th day of July, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2010

Member, Pennsylvania Association of Notaries

# EXHIBIT A



NYSD_ECF_Pool@nysd.uscourts.gov
07/11/2008 04:33 PM

To  deadmail@nysd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-cv-09620-SHS Friedman v. Prudential Insurance Company of America Notice of Substitution of Attorney

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Ousley, Jodie on 7/11/2008 at 4:33 PM EDT and filed on 7/11/2008

**Case Name:**       Friedman v. Prudential Insurance Company of America
**Case Number:**     1:07-cv-9620
**Filer:**           Prudential Insurance Company of America
**Document Number:** 34

Docket Text:
**NOTICE of Substitution of Attorney. Old Attorney: Seth Ptasiewicz, New Attorney: Jodie L. Ousley, Address: d'Arcambal Levine & Ousley, LLP, 40 Fulton Street, Suite 1005, New York, NY, USA 10038, (212) 971-3175. Document filed by Prudential Insurance Company of America. (Ousley, Jodie)**

1:07-cv-9620 Notice has been electronically mailed to:

Brian A. Herman     bherman@morganlewis.com

Jeremy P. Blumenfeld    jblumenfeld@morganlewis.com

Michael E. Quiat    mquiat@uqur.com, kmeneses@uqur.com, lnixon@uqur.com

Seth Ptasiewicz     sptasiewicz@morganlewis.com

**1:07-cv-9620 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/11/2008] [FileNumber=4796717-0
] [1d0d327bdd156cd9e0129f99cb1fd75bba985e1cc8003e390c5cfd312659a66a33e
c2df42ae1ae365af92075754d87ffef58f2902a5967cb6ff64b375070f10a]]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDWARD A. FRIEDMAN,

                   Plaintiff,

  -against-

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

                   Defendant.



Index No.: 07-cv-9620

**CONSENT TO CHANGE ATTORNEY**

---

**IT IS HEREBY CONSENTED** that d'Arcambal Levine & Ousley, LLP, of 40 Fulton Street, Suite 1005, New York, NY 10038, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereto.

Dated: July 10, 2008

                                     THE PRUDENTIAL INSURANCE COMPANY
                                           OF AMERICA

                                     By: _____
                                              Leonard A. Giusti
                                         Director and Corporate Counsel

July 11, 2008                   D'ARCAMBAL, LEVINE & OUSLEY, LLP

                                     By: _____
                                           Jodie L. Ousley
                                         Incoming Attorneys

                                       MORGAN, LEWIS & BOCKIUS, LLP

July 9, 2008                     By: _____
                                           Seth Ptasiewicz
                                         Outgoing Attorneys

# EXHIBIT B



NYSD_ECF_Pool@nysd.uscourts.gov
07/15/2008 01:19 PM

To  deadmail@nysd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-cv-09620-SHS Friedman v. Prudential Insurance Company of America Notice of Appearance

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Ousley, Jodie on 7/15/2008 at 1:19 PM EDT and filed on 7/15/2008

**Case Name:**       Friedman v. Prudential Insurance Company of America
**Case Number:**     1:07-cv-9620
**Filer:**           Prudential Insurance Company of America
**Document Number:** 35

Docket Text:
**NOTICE OF APPEARANCE by Jodie Leigh Ousley on behalf of Prudential Insurance Company of America (Ousley, Jodie)**

**1:07-cv-9620 Notice has been electronically mailed to:**

Brian A. Herman     bherman@morganlewis.com

Jeremy P. Blumenfeld     jblumenfeld@morganlewis.com

Jodie Leigh Ousley     jousley@darcambal.com

Michael E. Quiat     mquiat@uqur.com, kmeneses@uqur.com, lnixon@uqur.com

Seth Ptasiewicz     sptasiewicz@morganlewis.com

**1:07-cv-9620 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/15/2008] [FileNumber=4804294-0
] [a538821a2bae8c1f18768d78a5c5e9392a5381cefa95e301a9ba79c45f0009422fb
74158cb7955d5144a992c0caa84b8493934916ac91fde525dc1e01809b6f2]]

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

### APPEARANCE

Edward A. Friedman v. The Prudential Insurance Co. of America     Case Number: 07-cv-9620

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Prudential Insurance Company of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/15/2008 | *[signature]* |
| Date | Signature |
| | Jodie L. Ousley   JO5121 |
| | Print Name   Bar Number |
| | 40 Fulton Street, Suite 1005 |
| | Address |
| | New York   NY   10038 |
| | City   State   Zip Code |
| | (212) 971-3175   (212) 971-3176 |
| | Phone Number   Fax Number |