## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed and served the annexed Notice of Motion to Withdraw as Counsel of Record together with the supporting papers on:

>Michael E. Quiat, Esq.
>Uscher, Quiat, Uscher & Russo
>433 Hackensack Ave., 2nd Floor
>Hackensack, NJ 07601

I certify that the foregoing statement by me is true and that if not true I am subject to the penalty of perjury.

_____
Seth Ptasiewicz