```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
EDWARD A. FRIEDMAN,

      Plaintiff,

  -against-

PRUDENTIAL INSURANCE COMPANY OF
AMERICA,

      Defendant.
------------------------------------- X

INDEX NO. 07-CV-9620 (SHS)

**ORDER ON MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4**

    This matter having been opened to the Court on Motion of Morgan, Lewis & Bockius, LLP, attorneys for Defendant Prudential Insurance Company of America, pursuant to Local Civil Rule 1.4 to withdraw as counsel of record for Defendant Prudential Insurance Company of America in the above captioned matter; and Defendant Prudential Insurance Company of America having consented to this request and retained new counsel D'Arcambal, Levine & Ousley, LLP; and good cause having been shown;

    IT IS HEREBY ORDERED ON THIS 7th DAY OF August, 2008

    AS FOLLOWS.

    1.    The Motion of Morgan, Lewis & Bockius, LLP and its attorneys, Brian A. Herman, Esq., Jeremy P. Blumenfeld, Esq. and Seth Ptasiewicz, Esq., to withdraw as counsel of record for Defendant Prudential Insurance Company of America is hereby granted.

    SO ORDERED: 8/7/08

    HONORABLE SIDNEY H. STEIN, U.S.D.J.

MICROFILMED AUG 1 1 2008 -12 00 PM